UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:   §
         §
Kjar, Joseph Alan   §   Case No. 15-16182 TBM
Kjar, Michele Lynn  §
         §
         Debtors   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/03/2015 . The undersigned trustee was appointed on 06/03/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $    50,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 25.80 |
   | Bank service fees | 155.60 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]              $    49,818.60

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  03/04/2016  and the deadline for filing governmental claims was  11/30/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,075.68 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 5,075.68 , for a total compensation of $ 5,075.68 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 78.08 , for total expenses of $ 78.08 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/19/2016            By: /s/HARVEY SENDER, TRUSTEE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 15-16182 | TBM | Judge: THOMAS B. MCNAMARA | Trustee Name: | HARVEY SENDER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | Kjar, Joseph Alan | | | Date Filed (f) or Converted (c): | 06/03/15 (f) |
| | Kjar, Michele Lynn | | | 341(a) Meeting Date: | 07/01/15 |
| For Period Ending: | 05/19/16 | | | Claims Bar Date: | 03/04/16 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Adm (FA)/ Gross Value of Remain Assets | Lien Amount | Exempt Amount |
| 1. 11146 RODEO CIRCLE, PARKER, CO 80138 | 213,824.00 | 50,000.00 | | 50,000.00 | FA | 179,270.00 | 60,000.00 |
| 2. CASH ON HAND | 10.00 | 0.00 | | 0.00 | FA | 0.00 | 20.00 |
| 3. BANK ACCOUNTS. | 50.00 | 0.00 | | 0.00 | FA | 0.00 | 26.70 |
| 4. BEDROOMS | 550.00 | 0.00 | | 0.00 | FA | 0.00 | 550.00 |
| 5. KITCHEN GOODS. | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 250.00 |
| 6. LIVING ROOM | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 250.00 |
| 7. OFFICE EQUIPTMENT | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 8. PATIO AND GARAGE ITEMS | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 9. TELEVISIONS, DVDS, VIDEO EQUIPMENT. | 750.00 | 0.00 | | 0.00 | FA | 0.00 | 750.00 |
| 10. WASHER/DYER | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 11. CLOTHING | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 12. WEDDING RINGS AND OTHER JEWELRY. | 2,100.00 | 0.00 | | 0.00 | FA | 0.00 | 2,100.00 |
| 13. 2002 NISSAN PATHFINDER; FAIR CONDITION; 104,000 MI | 5,000.00 | 0.00 | | 0.00 | FA | 6,416.00 | 0.00 |
| 14. 2010 HONDA PILOT; FAIR CONDITION; 71,674 MILAGE | 9,500.00 | 0.00 | | 0.00 | FA | 0.00 | 9,500.00 |
| 15. WAGES - ESTATE'S PRO RATA SHARE (u) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 217.54 |
| TOTALS (Excluding Unknown Values) | $233,584.00 | $50,000.00 | | $50,000.00 | $0.00 | $185,686.00 | $74,964.24 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DEBTORS ARE TO PAY $50,000 FOR THE NON-EXEMPT EQUITY IN THE REAL PROPERTY TO COVER ADMIN EXPENSES AND CLAIMS WITHIN 10 DAYS OF COURT'S APPROVAL OF SETTLEMENT. CONSULTED WITH AN ACCOUNTANT - DO NOT NEED TO FILE TAX RETURNS.

Initial Projected Date of Final Report (TFR): 12/31/17       Current Projected Date of Final Report (TFR): 05/19/16

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 15-16182 -TBM | Trustee Name: | HARVEY SENDER, TRUSTEE |
|---|---|---|---|
| Case Name: | Kjar, Joseph Alan | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | Kjar, Michele Lynn | Account Number / CD #: | 10947974  Checking Account |
| Taxpayer ID No: | 81-6132482 | | |
| For Period Ending: | 05/19/16 | Blanket Bond (per case limit): | $ 58,776,861.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/30/15 | 1 | JAMES R. KJAR | SETTLEMENT | 1110-000 | 50,000.00 | | 50,000.00 |
| 12/07/15 | 001001 | SENDER WASSERMAN WADSWORTH PC | BLANKET BOND | 2300-000 | | 25.80 | 49,974.20 |
| | | 1660 LINCOLN STREET, STE 2200 | | | | | |
| | | DENVER, CO  80264 | | | | | |
| 01/08/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 53.06 | 49,921.14 |
| 02/05/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 53.01 | 49,868.13 |
| 03/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 49.53 | 49,818.60 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 50,000.00 | 181.40 | 49,818.60 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 50,000.00 | 181.40 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 50,000.00 | 181.40 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - 10947974 | 50,000.00 | 181.40 | 49,818.60 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 50,000.00 | 181.40 | 49,818.60 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    50,000.00    181.40

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 19, 2016 |
|---|---|---|---|---|---|---|
| Case Number: | 15-16182 | Priority Sequence | | | | |
| Debtor Name: | Kjar, Joseph Alan | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007<br>050<br>4210-00 | WELLS FARGO BANK NA<br>PO BOX 10438<br>DES MOINES IA 50306-0438 | Secured | Filed 01/29/16<br>(7-1) CARPET EXCHANGE | $0.00 | $0.00 | $0.00 |
| | Subtotal for Priority 050 | | | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | Filed 12/04/15 | $4,117.17 | $0.00 | $4,117.17 |
| 000002<br>070<br>7100-00 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | Filed 12/08/15 | $2,343.55 | $0.00 | $2,343.55 |
| 000003<br>070<br>7100-00 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF FNBM, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | Filed 12/08/15 | $569.89 | $0.00 | $569.89 |
| 000004<br>070<br>7100-00 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | Filed 12/21/15 | $5,765.26 | $0.00 | $5,765.26 |
| 000005<br>070<br>7100-00 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | Filed 12/21/15 | $13,362.23 | $0.00 | $13,362.23 |
| 000006<br>070<br>7100-00 | CAPITAL ONE, N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | Filed 01/21/16<br>(6-1) CREDIT CARD DEBT | $3,634.15 | $0.00 | $3,634.15 |
| 000008<br>070<br>7100-00 | BELLCO CREDIT UNION<br>7600 E. ORCHARD ROAD, SUITE 400N<br>ENGLEWOOD, CO 80111 | Unsecured | Filed 02/04/16 | $5,988.71 | $0.00 | $5,988.71 |
| 000009<br>070<br>7100-00 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>DIRECTV, LLC<br>PO BOX 51178<br>LOS ANGELES, CA 90051-5478 | Unsecured | Filed 02/23/16 | $197.05 | $0.00 | $197.05 |
| 000010<br>070<br>7100-00 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>NORFOLK VA 23541 | Unsecured | Filed 03/03/16 | $1,832.37 | $0.00 | $1,832.37 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 19, 2016 |

Case Number: 15-16182  
Debtor Name: Kjar, Joseph Alan

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Subtotal for Priority 070 | | | $37,810.38 | $0.00 | $37,810.38 |
| 999<br>8200-00 | Joseph Alan Kjar<br>Michele Lynn Kjar<br>Parker, CO 80138-7345 | Unsecured<br>Surplus Funds | | $6,743.23 | $0.00 | $6,743.23 |
| BOND<br>999<br>2300-00 | SENDER WASSERMAN<br>WADSWORTH PC<br>1660 LINCOLN STREET, STE 2200<br>DENVER, CO 80264 | Administrative<br>BLANKET BOND | Filed 12/07/15 | $25.80 | $25.80 | $0.00 |
| | Subtotal for Priority 999 | | | $6,769.03 | $25.80 | $6,743.23 |
| | Case Totals: | | | $44,579.41 | $25.80 | $44,553.61 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-16182 TBM
Case Name: Kjar, Joseph Alan
          Kjar, Michele Lynn
Trustee Name: HARVEY SENDER, TRUSTEE

Balance on hand $ 49,818.60

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: HARVEY SENDER, TRUSTEE | $ 5,075.68 | $ 0.00 | $ 5,075.68 |
| Trustee Expenses: HARVEY SENDER, TRUSTEE | $ 78.08 | $ 0.00 | $ 78.08 |
| Other: SENDER WASSERMAN WADSWORTH PC | $ 25.80 | $ 25.80 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $ 5,153.76
Remaining Balance                                           $ 44,664.84

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 37,810.38 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 4,117.17 | $ 0.00 | $ 4,117.17 |
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS | $ 2,343.55 | $ 0.00 | $ 2,343.55 |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS | $ 569.89 | $ 0.00 | $ 569.89 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | $ 5,765.26 | $ 0.00 | $ 5,765.26 |
| 000005 | CAPITAL ONE BANK (USA), N.A. | $ 13,362.23 | $ 0.00 | $ 13,362.23 |
| 000006 | CAPITAL ONE, N.A. | $ 3,634.15 | $ 0.00 | $ 3,634.15 |
| 000008 | BELLCO CREDIT UNION | $ 5,988.71 | $ 0.00 | $ 5,988.71 |
| 000009 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 197.05 | $ 0.00 | $ 197.05 |
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 1,832.37 | $ 0.00 | $ 1,832.37 |

    Total to be paid to timely general unsecured creditors    $ 37,810.38

    Remaining Balance    $ 6,854.46

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 111.23 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 6,743.23 .